IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

PORTERS BUILDING CENTERS, INC., )
)
          Plaintiff, )
)
vs. )     Case No. 16-06055-CV-SJ-ODS
)
SPRINT LUMBER, et al., )
)
         Defendants. )

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION TO REDACT TRANSCRIPT

       Pending is Plaintiff's Motion to Redact Portions of Hearing Transcripts Made Available to the Public. Doc. #237. Plaintiff requests several items be redacted from the preliminary injunction hearing transcript with regard to the testimonies of Alex Porter and Kent Porter. Docs. #225-26. Defendants have not filed any objection to Plaintiff's request, and the time for doing so has passed.

       After considering the motion, the Court grants in part and denies in part Plaintiff's motion. The Court Reporter is directed to redact the following from Document #225: 31:5 (amount of money), and 43:11 (amount of money). The Court Reporter is directed to redact the following from Document #226: 27:2-4 (amounts of money), 27:7-8 (the amount of gross margin and the amount of money), 27:13 (amount of money), 28:1 (amount of money), 28:4 (amount of money), 28:11 (amount of money), and 42:6 (amount of money). Those items shall be redacted in the manner typically utilized for redactions and shall be redacted from any publicly-available version of the trial transcript. The original, unredacted trial transcript shall remain under seal on ECF. Plaintiff's other redaction requests are denied.

IT IS SO ORDERED.

                    /s/ Ortrie D. Smith
                    ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 22, 2017        UNITED STATES DISTRICT COURT

2